THE STATE *to the use of* COLLIER, *Appellant*, v. GILMORE *et al.*

DIVISION ONE.

**Practice in Supreme Court:** JURISDICTION.   Where on appeal to the supreme court, it appears from the evidence that the amount in dispute is not sufficient to confer jurisdiction, the cause will be transferred to the court of appeals.

*Appeal from Andrew Circuit Court.*

TRANSFERRED TO KANSAS CITY COURT OF APPEALS.

SHERWOOD, P. J.—It is quite apparent from the evidence in this cause that there is no such "amount in dispute," as is requisite to confer jurisdiction on this court.   The cause must, therefore, be transferred to the court of appeals at Kansas City.   All concur.